# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL NO. 3:10-CV-00891** |
| **v.** | ) | **JUDGE HAYNES** |
| | ) | |
| **2002 CHEVROLET SILVERADO** | ) | |
| **VIN 1GCEC19TX2Z225444,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ENTRY OF DEFAULT

It appearing that the Verified Complaint *In Rem* was filed in this case on September 23, 2010,

that the Verified Complaint *In Rem*, and Summons and Warrant for Arrest *In Rem* were duly served

upon the 2002 Chevrolet Silverado VIN 1GCEC19TX2Z225444 ("Defendant Property") on January

20, 2011; that the Verified Complaint *In Rem* and Notice of Judicial Forfeiture Proceedings were

duly served upon Jerry Adams on September 28, 2010; that publication of the Notice of Judicial

Forfeiture Proceedings was made online at www.forfeiture.gov, the official internet government

forfeiture site, for 30 consecutive days beginning on October 26, 2010, and ending on November 24,

2010; and that no person or entity has made a Verified Claim to the Defendant Property or otherwise

appeared in this action;

THEREFORE, upon motion of the Plaintiff, default is hereby entered as to Jerry Adams and all persons and entities who may have an interest in Defendant Property, as provided in Rule 55(a), Federal Rules of Civil Procedure.

Entered this __30___ day of _____May_____, 2011.

KEITH THROCKMORTON, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE


By:    s/ Keith Throckmorton_____
Clerk